STATE of Minnesota, Respondent,

v.

Raymond (NMN) GALVAN, Appellant.

No. C1–94–1197.

Supreme Court of Minnesota.

May 16, 1995.

_____

*ORDER*

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the petition of Raymond Galvan for further review be, and the same is, denied. However, we wish to make it clear that our recent decision in *State v. Robinson,* 517 N.W.2d 336 (Minn.1994), dealing with scientific testing of suspected controlled substances to determine their identity, applies to marijuana cases, not just cocaine cases. The testing in this case occurred before our decision in *Robinson* was filed. Moreover, the record on appeal contains testimony by the analyst that his visual examination (including microscopic examination) of the material, which was a mixture of 23 samples from 23 bags of suspected marijuana, satisfied him that *all* the material was marijuana. Further, the record supports the conclusion that this was not a case where there was a significant likelihood that some of the packages did not contain marijuana. Defendant shipped marijuana from Texas *to himself* in Minnesota. Additionally, defendant himself told another person that the shipment contained marijuana. In another case, however, failure to comply with the *Robinson* sampling and testing procedures could lead to a different result. Denied.

BY THE COURT:

/s/ Alexander M. Keith
Chief Justice